UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ARLES ANDRADE, on behalf of himself and all other persons similarly situated,

                Plaintiff,

   -against-

SIMPLY NATURAL SNACKING, LLC and TRUFOOD MANUFACTURING,

                Defendants.
-------------------------------------------------------------------X

21-cv-06320 (JMA) (AYS)

**FILED**
**CLERK**
12:18 pm, Jan 18, 2022
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to F.R.C.P. 41 of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendants.

Date:   Hauppauge, New York
         January 17, 2021

Case closed.
SO ORDERED.
/s/ JMA, USDJ
1/18/2022

LAW OFFICE OF PETER A. ROMERO PLLC

*/s Peter A. Romero*
By: _____
Peter A. Romero, Esq.
490 Wheeler Road Suite 250
Hauppauge, New York 11788
(631) 257-5588
promero@romerolawny.com